IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL NO. 3 HEALTH          No. CV-14-4960 MMC
AND WELFARE TRUST, et al.,

                                                            **JUDGMENT IN A CIVIL CASE**

        Plaintiffs,

  v.

MARBELLA FLOORING, INC.,

        Defendant.
                                  /

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiffs' motion for default judgment is hereby GRANTED in part and DENIED in part as follows:

1. To the extent the motion seeks unpaid contributions, prejudgment interest and/or liquidated damages, for the period from November 2013 through January 2014 and the period from February 2014 through March 2014, the motion is hereby GRANTED, and plaintiffs are awarded unpaid contributions in the amount of $3384.35, prejudgment interest in the amount of $929.94, and liquidated damages in the amount of $6840.84, together with costs in the amount of $502.30 and attorney's fees in the amount of $6600.50, for a total amount of $18,257.93.

2. To the extent the motion seeks unpaid contributions, prejudgment interest,

and/or liquidated damages, for the period from November 2014 through January 2015, the motion is hereby DENIED.

     3. To the extent the motion seeks an award of attorney's fees for work performed after February 25, 2015, if any, the motion is hereby DENIED without prejudice to plaintiffs' filing, no later than fourteen days after entry of judgment, a motion for a supplemental award of attorney's fees.

Dated: April 2, 2015

Richard W. Wieking, Clerk

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>